IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES G. HOWE,<br>TIMOTHY CHARLES,<br>JACOB KALLAL, and<br>GEORGE NEEDS,<br><br>          Plaintiffs,<br><br>vs.<br><br>SALVADORE GODINEZ, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 14-cv-844-SMY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# PERMANENT INJUNCTION

**YANDLE, District Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court **ORDERS** the following permanent injunctive relief.

Beginning **no later than 30 days** from the entry of this Order, Plaintiffs shall receive a minimum of 7.5 hours of core group therapy per week – each core group therapy session shall last no less than 90 minutes;

1. All offense specific and didactic groups that are currently suspended shall be reinstated and permanently maintained beginning **no later than 30 days** from the entry of this Order;

2. **Within 6 months** from the entry of this Order, recovery/release evaluations shall be conducted of the plaintiffs herein by independent psychologists or psychiatrists (not employed by IDOC or Wexford). **No later than 30 days** from the entry of this Order, Defendants shall provide Plaintiffs and the Court with a list of proposed independent

psychologists/psychiatrists to conduct said evaluations. Plaintiffs shall file any objections to the proposed providers within 30 days thereafter.

Defendants are further **ORDERED** to file a status report **under seal** regarding their compliance with the instant Order **within 60 days**.

**IT IS SO ORDERED.**

**DATED:  September 6, 2021**

**STACI M. YANDLE**
**United States District Judge**