**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JAMES G. HOWE,** ) | |
| **TIMOTHY CHARLES,** ) | |
| **JACOB KALLAL, and** ) | |
| **GEORGE NEEDS,** ) | |
| ) | **Case No. 14-cv-844-SMY** |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **SALVADORE GODINEZ, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL ACTION

This matter having come to trial before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs James G. Howe, Jacob Kallal, and George Needs and against Defendants Heather Wright, Rob Jeffreys, and Greg Morgenthaler on Counts I and II of Plaintiffs' Complaint (*see* Docs. 285, 286).

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Heather Wright, Rob Jeffreys, and Greg Morgenthaler and against Plaintiffs James G. Howe, Jacob Kallal, and George Needs on Count IV of the Complaint (*see* Doc. 285).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Timothy Charles' claims are **DISMISSED** as **MOOT** (*see* Doc. 285).

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**MARGARET M. ROBERTIE,**
**Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**