## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACOB KALLAL, and  )
GEORGE NEEDS,  )
 )
      Plaintiffs,  )
 )  Case No. 14-cv-844-SMY
vs.  )
 )
SALVADORE GODINEZ, et al.,  )
 )
      Defendants.  )

## PERMANENT INJUNCTION

**YANDLE, Chief District Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court **ORDERS** the following permanent injunctive relief.

1. Plaintiffs shall receive a minimum of 5 hours of group therapy per week;

2. Recovery/release evaluations shall analyze the current and future risk the SDP poses based on treatment effects rather than solely historical information.

Defendants are further **ORDERED** to file a status report **under seal** regarding their compliance with the instant Order **within 60 days** of its entry.

    **IT IS SO ORDERED.**

    **DATED:  March 30, 2026**

                                  **STACI M. YANDLE**
                                  **Chief United States District Judge**